IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00890-AP

DANIEL D. PETERMAN,

 Plaintiff,

v.

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY

 Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (facsimile)
Newallfrederickw@qwest.net

For Defendant:

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0779 (facsimile)
debra.meachum@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:**  May 12, 2006
    **B.     Date Complaint Was Served on U.S. Attorney's Office:** May 27, 2006
    **C.     Date Answer and Administrative Record Were Filed**:   August 21, 2006

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To their knowledge, both parties state that the record is complete.  However, Plaintiff reserves the right to submit evidence and request to supplement the record if necessary at the time of the Opening Brief.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**        November 2, 2006
    **B.     Defendant's  Response Brief Due:**     December 4, 2006
    **C.     Plaintiff's  Reply Brief (If Any) Due:** December 18, 2006

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

      A.     **Plaintiff's Statement:**  Plaintiff does not request oral argument**.**

      B.     **Defendant's Statement:**  Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE
*Indicate below the parties' consent choice.*

      A.     **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 13th day of September, 2006

                          BY THE COURT:

                          S/John L. Kane
                          U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Frederick W. Newall
Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (Facsimile)
newallfrederickw@qwest.net

Attorney for Plaintiff

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

By: s/Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
debra.meachum@ssa.gov
1961 Stout St., Suite 1001A
Denver, Colorado  80294
303) 844-1570
(303) 844-0779 (facsimile)
debra.meachum@ssa.gov

Attorney for Defendant(s)