IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00890-PSF

DANIEL D. PETERMAN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER ON ATTORNEY'S FEES

This matter is before the Court on Plaintiff's Motion for Attorney Fees Under EAJA (Dkt. # 21), filed on May 23, 2007. Defendant filed a response on June 7, 2007 (Dkt. # 22). Having reviewed the motion and the file, the Court hereby ORDERS that Plaintiff Daniel B. Peterman be awarded attorney's fees and expenses in this matter in the amount of Four Thousand Five Hundred Sixty-Nine Dollars and Ninety-Six Cents ($4,569.96) under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED: July 31, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge